UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Andrew Swierzbinski<br>    Shannon Marie Swierzbinski<br>        Debtor(s) | Case No. 14 B 21657 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/10/2014.

2) The plan was confirmed on 09/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/19/2015.

5) The case was Dismissed on 04/22/2015.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,524.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,524.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,258.59 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $60.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,319.55

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Recovery Service | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Advanced Pain Care MD | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Podiatrists | Unsecured | 0.00 | 371.25 | 371.25 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 164.97 | 164.97 | 0.00 | 0.00 |
| American Profit Recove | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| Americollect INC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Americollect INC | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| Americollect INC | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| Americollect INC | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| AT T Uverse | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Avanzado Quiropractico | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | NA | 1,006.20 | 1,006.20 | 0.00 | 0.00 |
| Checkmate Loans | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| Columbus Community Hospital | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Columbus WEST Travel Center LL | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Columbus WEST Travel Center LL | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Creative Finance Inc. | Unsecured | 7,577.00 | 7,673.71 | 7,673.71 | 0.00 | 0.00 |
| Creative Finance Inc. | Unsecured | 0.00 | 7,738.04 | 7,738.04 | 0.00 | 0.00 |
| Credit Bureau Centre | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 203.00 | 203.43 | 203.43 | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 38.00 | 38.53 | 38.53 | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 523.00 | 523.99 | 523.99 | 0.00 | 0.00 |
| Creditors Discount & A | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Davis Duehr Dean Clinic | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Dean Medical Center | Unsecured | 295.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Diagnostic Radiology Specialists | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Fullerton Kimball Medical Group | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Bell Telephone Company | Unsecured | 145.00 | 329.06 | 329.06 | 0.00 | 0.00 |
| Illinois Masonic Hospital | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Infinity Healthcare Physicians | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| KWIK TRIP | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Kwik Trip | Unsecured | 67.00 | 129.62 | 129.62 | 0.00 | 0.00 |
| Medical College WI Physicians | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Metro Chicago Surgical Oncology | Unsecured | 1,061.00 | NA | NA | 0.00 | 0.00 |
| MHFS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| National Account Systems, Inc. | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Nuvell Credit Company LLC | Unsecured | 1.00 | 5,880.37 | 5,880.37 | 0.00 | 0.00 |
| Park Ridge Anesthesiology | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loan Store Inc | Secured | 1,400.00 | 0.00 | 1,400.00 | 187.99 | 16.46 |
| Payday Loan Store | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| People GAS Light AND COKE COMP | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| Purpose Credit | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 4,406.26 | 4,406.26 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 635.00 | 635.00 | 0.00 | 0.00 |
| Radiology Associates of Beaver Dam | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| RX Pain Management | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SCH Laboratory Physicians | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| St. Mary's Hospital | Unsecured | 1,317.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| Swedish Emergency Assoc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Swedish Emergency Assoc. | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Tri-State Adjustments | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 15,832.00 | 19,590.09 | 19,590.09 | 0.00 | 0.00 |
| WE Energies-May 2012 Primary | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| WP L Company DBA Alliant ENER | Unsecured | 1,451.00 | 1,461.21 | 1,461.21 | 0.00 | 0.00 |
| Wright Medical Clinic | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,400.00 | $187.99 | $16.46 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,400.00** | **$187.99** | **$16.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50,226.73** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,319.55 |
| Disbursements to Creditors | $204.45 |
| **TOTAL DISBURSEMENTS** : | **$1,524.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/29/2015              By: /s/ Marilyn O. Marshall
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**